RECEIVED
IN LAKE CHARLES, LA

SEP 14 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| PRUDENTIAL INSURANCE CO. OF AMERICA | : | DOCKET NO. 99-775 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| ANTHONY A. KNOX, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment [doc. #35] is hereby **GRANTED** in favor of defendant, Sharon Tyler, on behalf of the minor children Antonio Knox and Aaron Knox, entitling said defendants to the life insurance proceeds deposited by Prudential Insurance Company of America in this Court in the amount of $200,000.00.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of September, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE